# AFFIDAVIT OF NOTARY PRESENTMENT

STATE OF ___NEW YORK___

SS.

COUNTY OF ___Bronx___

United States Courts
Southern District of Texas
**FILED**

**FEB 08 2022**

Nathan Ochsner, Clerk of Court

# CERTIFICATION OF MAILING

On this day 2nd day of ___August___, 20 21, for the purpose of verification. I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that Patrick Pryce-Latty appeared before me with the following documents listed below. I, the undersigned notary, personally verified that these documents listed below were placed in an envelope and sealed by me. They were sent by the UNITED STATES Post Office Registered Mail. Mailed to TIFFANY & CO. 15 SYLVAN WAY PARSIPPANY, NJ 07054-9693

Receipt # ___7021 0350 0001 7684 8691___

The following items were placed in the envelopes:

1. Affidavit of Truth - 3 pages
2. Invoice - 1 page
3. Exhibit A trough J - 16 pages
4. Affidavit of Notary Presentment - 2 page
5. Debt Validation LOI - 1 page
6. Notice of Rights of Recession - 1 page
7. Cease and Desist - 3 pages

Total Number of Pages: 27

Sincerely,

Patrick Pryce-Latty

Executed on " ", 2nd day of August 2021

Witness my hand and official seal

___NOTARY PUBLIC___

DATE ___8/2/2021___

My commission expires: ___July 18___, 2025

Notary Seal:

LILLIAM ROSA
Notary Public, State of New York
No. 01RO6130488
Qualified in Bronx County
Commission Expires July 18, 2025

# <u>LEGAL NOTICE</u>

The Certifying Notary is an independent contractor and not a party to this claim. In fact, the certifying Notary is a federal witness pursuant to TITLE 18, PART I, CHAPTER 73, SEC, 1512. Tampering with a witness, victim, or an informant. The Certifying Notary also performs the functions of a quasi-postal inspector under the Homeland Security Act by being compelled to report any violations of the U.S. postal regulations as an officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of TITLE 18 U.S. CODE, SECTION 242, titled "Deprivation of Rights Under color of Law," which primarily governs police misconduct investigations. This statute makes it a crime for any person acting under Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. Laws.

# CEASE AND DESIST

Patrick Pryce-Latty
480 Halstead Avenue APT 5N, Harrison, NY, 10528

August 2nd, 2021

TIFFANY & CO
15 SYLVAN WAY
PARSIPPANY, NJ 07054-9693

Account Number: 6010440407893544
Name: Patrick Pryce-Latty
Credit Amount: $25,901.63

To whom this may concern,

Pursuant to **15 U.S. Code § 1692c(c)** I am notifying you in writing that I, the natural person, Executor and Original Creditor refuse to pay this alleged debt. I am demanding that you cease all forms of communication with me through any and all mediums, directly and indirectly. A Consumer Reporting Agency(Transunion, Experian, Equifax, Innovis) is an example of a medium.

I am dissatisfied with my purchase that I made with my credit card(as defined pursuant to **15 U.S. Code § 1602**) and in good faith, I am giving the opportunity to correct the violation found in the **RETAIL INSTALLMENT CREDIT AGREEMENT provided by, TIFFANY & CO.** The purchase was made within 100 miles of my current mailing address and the purchase price was $25,901.43; I have not fully paid for the purchase with $19,426.26 allegedly remaining.

Be mindful that pursuant to **15 U.S. Code § 1611 - TIFFANY & CO.** May be held criminally liable for willful and knowing violation.

Pursuant to **15 U.S. Code § 1692c(C)(2)** -

I am invoking my specified remedy as a federally protected consumer, and the Original Creditor I am demanding all of the following:

1. Send valuation of the property purchased using my credit card as defined under the Truth In Lending Act as 'any card or other credit device existing for the purpose of obtaining money, property, labor, or services on credit,' so be it; to the address on my consumer credit application and submit proof in writing that this has been complete.

2. Pursuant to **15 U.S. Code § 1635(b)**, I am exercising my right to rescind the TIFFANY & CO. Retail Installment Credit Agreement by midnight of the third business day; let it be understood that I did not receive any copy of disclosure or form of my consumer credit transaction. You have 20 days from the receipt of this notice to adhere to applicable FEDERAL LAW.

3. I am demanding my down payment for this 'credit card' in the amount of $6,475.41 be made payable to Patrick Pryce-Latty and mailed to the address presented on my consumer credit application completed in store with proof of this action pursuant to **15 U.S. Code § 1635(b)**

4. Pursuant to **15 U.S. Code § 1692k** - Pay the attached invoice and compensate me for every individual action labeled in the attached exhibit. If not, I will not hesitate to take legal action.

5. Remove inquiry from my consumer report(s) pursuant to **15 U.S. Code § 1681b(a)(2) and 15 U.S. Code § 1692c in regard to communication through any and all mediums.**

6. Credit to the account 6010440407893544 to be open and available for use; pursuant to applicable FEDERAL LAW as a card member who exercised their right I shall not be discriminated against.

7. Lastly an apology pursuant to **15 U.S. Code § 1692j** for furnishing a deceptive form that me made feel I was obligated to pay a debt when I granted my credit for extension for personal goods.

Sincerely,

Patrick Pryce - Laffy

Executed on " 2nd day August 2021

Witness my hand and official seal

_____
NOTARY PUBLIC

_____
8/2/2021
DATE

My commission expires: July 18 , 2025

Notary Seal:

LILLIAM ROSA
Notary Public, State of New York
No. 01RO6130488
Qualified in Bronx County
Commission Expires July 18, 2025

# REQUEST FORM

1.  Name and address of alleged creditor:

2.  Name of file of alleged debtor:

3.  Alleged Account Number:

4.  Address on file for alleged debtor:

5.  Amount of alleged debt:

6.  Date (this alleged debt became payable):

7.  Date of Original Charge or delinquency:

8.  Was this debt assigned to a debt collector or purchased:

9.  Amount paid if debt was purchased:

10. Commission for debt if collection efforts are successful:


Please provide the name and address of the bonding agent for TIFFANY & CO., in case legal action becomes necessary:

Authorized Signature of Creditor: _____

Date: _____


You must return this completed form along with copies of all requested information, assignments or other transfer agreements, which would establish your right to collect this alleged debt within thirty days from the date of your receipt of this letter.

Your claim cannot and will not be considered if any portion of this form is not completed and returned with copies of all requested documents. This is a request made pursuant to the Fair Debt Collection Practices Act.

Please allow thirty days for processing once I receive this information.

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee $3.75

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $7.95

Total Postage and Fees $14.75

Sent To State of NY Office of the Attorney General
Street and Apt. No., or PO Box No. 44 South Broadway
City, State, ZIP+4® White Plains NY 10601

Postmark Here 09/07/2021

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7020 2450 0001 9887 9578

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee $3.60

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage $7.70

Total Postage and Fees $14.15

Sent To Tiffany + Co. - 15 Sylvan Way
Street and Apt. No., or PO Box No.
City, State, ZIP+4® Parsippany, NJ 07054-9693

Postmark Here 08/03/2021

PS Form 3800, April 2015 See Reverse for Instructions

7021 0350 0001 7684 8691

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Office of the Attorney General
John Katzenstein
44 South Broadway,
White Plains, NY 10601

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5800 0034 6006 39

2. Article Number (Transfer from service label)
7020 2450 0001 9887 9578

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
TIFFANY + Co.
15 Sylvan Way.
Parsippany, NJ 07054-9693

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 6727 1060 4885 86

2. Article Number (Transfer from service label)
7021 0350 0001 7684 8691

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
CMDG 8/4/21
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

PARSIPPANY, NJ 07054
AUG - 4 2021
USPS

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

A receipt (this portion of the Certified Mail label).
A unique identifier for your mailpiece.
Electronic verification of delivery or attempted delivery.
A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.

Certified Mail service is *not* available for international mail.

Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.

For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:

- Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

PS Form 3800, April 2015 (Reverse) PSN 7530-02-000-9047

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.

- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).

- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

IMPORTANT: Save this receipt for your records.

A receipt (this portion of the Certified Mail label).
A unique identifier for your mailpiece.
Electronic verification of delivery or attempted delivery.
A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.

Certified Mail service is *not* available for international mail.

Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.

For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:

- Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

PS Form 3800, April 2015 (Reverse) PSN 7530-02-000-9047

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.

- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).

- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

IMPORTANT: Save this receipt for your records.

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 5800 0034 6006 39

**United States Postal Service**

Sender: Please print your name, address, and ZIP+4® in this box®

Patrick Arya-Latty
480 Halstead Ave APT 5N
___, NY, 10528

RECEIVED
SEP 09 2021
OFFICE OF THE ATTORNEY GENERAL
WESTCHESTER REGIONAL OFFICE

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6727 1060 4885 86

**United States Postal Service**

Sender: Please print your name, address, and ZIP+4® in this box®

L. Rosa
1485 WALTON AVE #32
Bronx, NY, 10452

EXHIBIT (H)

# RIGHTS OF RECESSION NOTICE

TIFFANY & CO
15 SYLVAN WAY
PARSIPPANY, NJ 07054-9693

August 2nd, 2021

Patrick Pryce-Latty
480 Halstead Avenue APT 5N, Harrison, NY, 10528
DOB: 09/02/1990
SS# XXX-XX-1716

To whom this may concern,

I am exercising my right to rescind from this consumer credit transaction, pursuant to **15 U.S. Code § 1635(a)**. Credit Card Account 6010440407893544. In addition, I, Patrick Pryce-Latty am aware of **15 U.S. Code § 1640(2)(A)(i)** and have identified that a finance charge, defined pursuant to **15 U.S. Code § 1605** was assessed however, it did not include the sum of all charges; Insurance; (5) Premium or other charge for any guarantee or insurance protecting the creditor against the obligor's default or other credit loss. I, the consumer demand remedy pursuant to **15 U.S. Code § 1640(2)(A)(i)**. Pursuant to **15 U.S. Code § 1692e(8)** is contradicting to what is said is the billing rights provided by TIFFANY & CO. which states, "If we think you owe an amount and you do not pay we may report you as delinquent."

Under **15 U.S. Code § 1635(a)(b)(g)(4) - Right of rescission as to certain transactions**

**(a) Disclosure of obligor's right to rescind**
Except as otherwise provided in this section, in the case of **any consumer credit transaction** (including opening or increasing the credit limit for an open end credit plan) in which a security interest... The creditor shall also provide, in accordance with regulations of the Bureau, appropriate forms for the obligor to exercise his right to rescind any transaction subject to this section.

**(b) Return of money or property following rescission**
When an obligor exercises his right to rescind under subsection (a), he is **not liable** for any finance or other charge, and any security interest given by the obligor, including any such interest arising by operation of law, becomes **void upon such a rescission. Within 20 days after receipt of a notice of rescission, the creditor shall return to the obligor any money or property given as earnest money, downpayment, or otherwise, and shall take any action necessary or appropriate to reflect the termination of any security interest created under the transaction.** If the creditor has delivered any property to the obligor, the obligor may retain possession of it. I, as a federally protected consumer am demanding compliance and payment based on the individual actions listed above.

**(4) Applicability** - This subsection shall apply to all consumer credit transactions in existence.

Sincerely,

Patrick Pryce-Latty

EXHIBIT (I)

# DEBT VALIDATION LETTER OF INSTRUCTION

Patrick Pryce-Latty
480 Halstead Avenue APT 5N, Harrison, NY, 10528

August 2nd, 2021

**TIFFANY & CO**
15 SYLVAN WAY
PARSIPPANY, NJ 07054-9693

To whom this may concern,

Be advised, this is not a refusal to pay, but a notice sent pursuant to 15 U.S. Code § 1692g(a)(5)
(b) stating your claim is disputed and validation is requested.

This is **not** a request for "verification" or proof of my mailing address, but a request for
**validation** made pursuant to the above-named Title and Section. I humbly request your office
provide me with competent evidence that I have any legal obligation to pay you.

At this time, I will also inform you that if your offices have reported invalidated information to
any of the 3 major credit bureaus (Transunion, Equifax and Experian) this action may constitute
fraud under both Federal and State Laws. Do to that fact, if any negative mark is found on any of
my credit reports by your company or the company that you represent, I will not hesitate in
bringing legal action against you and your client for the following: Violation of the Fair Credit
Reporting Act, Violation  of the Fair Debt Collection Practices Act, and Defamation of Character.

If your offices are able to provide the proper documentation as requested in the following
Declaration, I will require at least thirty days to investigate this information, during which time
all collection activity must cease and desist. Also, during this validation period, if any action is
taken which could be considered detrimental to any of my credit reports, I will consult with my
legal counsel for suit. This includes any listing of any information to a credit reporting repository
that could be inaccurate or invalidated.

If your office fails to respond to this validation request within thirty days from the date of receipt,
all references to this account must be deleted and completely removed from my credit file, and a
copy of such deletion request shall be sent to me immediately.

Sincerely,

Patrick Pryce-Latty

# AFFIDAVIT OF TRUTH

**STATE OF NEW YORK**
**COUNTY OF WESTCHESTER**

Patrick Pryce-Latty
480 Halstead Avenue APT 5N
Harrison, NY 10528
DOB: 09/02/1990
SS# XXX-XX-1716

TIFFANY & CO
15 SYLVAN WAY
PARSIPPANY, NJ 07054-9693

Notice to all,

I am affirming that I am, the consumer in fact, natural person, original creditor, lender, executor, administrator, holder in due course for any and all derivatives thereof for the surname/given name of PATRICK PRYCE-LATTY, and I have been appointed and accept being the executor both public and private for all matters preceding, and I herby claim that I will d/b/a PATRICK PRYCE-LATTY and autograph, as the agent, attorney in fact, so be it;

Whereas, I of age, of majority, give this herein notice to all, I make solemn oath to the one and only most high of creation only, whoever that may be, and I depose the following facts, so be it, now present:

Fact, the **Fair Debt Collection Practices Act** of **15 USC ch. 41 § 1692** is intended to secure my rights as a consumer, natural person and original creditor.

Fact, the **Truth In Lending Act** of **15 USC ch. 41 § 1601** is intended to secure my rights as a consumer, natural person and original creditor.

Fact, the **Fair Credit Reporting Act** of **15 USC ch. 41 § 1681** is intended to secure my rights as a consumer, natural person and original creditor.

Fact, affiant is aware that pursuant to **15 U.S. Code § 1611(1)(3) - Criminal liability for willful and knowing violation (1)** gives false **or** inaccurate information **or fails to provide information** which he is required to disclose under the provisions of this subchapter **or** any regulation issued thereunder and; if an organization(**TIFFANY & CO**) fails to comply with any requirement imposed under this subchapter, shall be fined not more than $5,000 **or** imprisoned not more than one year, **or both**. **TIFFANY & CO** has violated this individual action. Please see proof attached as **EXHIBIT A, B, C, D AND E.**

Fact, Affiant is aware that pursuant to **15 U.S.C 1692k - Civil Liability; TIFFANY & CO** may be held liable for violations.

Fact, Affiant is aware that pursuant to **15 U.S.C 1681n(a) - Civil liability for willful noncompliance** Any person(organization i.e. **TIFFANY & CO**) who willfully fails to comply with any requirement imposed under this subchapter with respect to any consumer is liable to that consumer in an amount equal to the sum of; **(1)(A)** any actual damages sustained by the consumer as a result of the failure or damages of not less than $100 and not more than $1,000; or **(B)** in the case of liability of a natural person for obtaining a consumer report under false pretenses or knowingly without a permissible purpose, actual

1 of 3

damages sustained by the consumer as a result of the failure or $1,000, whichever is greater. Lastly, pursuant to **15 U.S.C 1681n(b) Civil liability for knowing noncompliance** - Any person(organization i.e. **TIFFANY & CO**) who obtains a consumer report from a consumer reporting agency(i.e. **TRANSUNION, EQIFAX, EXPERIAN, INNOVIS**) under false pretenses **or** knowingly without a permissible purpose shall be liable to the consumer reporting agency(i.e. **TRANSUNION, EQIFAX, EXPERIAN, INNOVIS**) for actual damages sustained by the consumer reporting agency(i.e. **TRANSUNION, EQIFAX, EXPERIAN, INNOVIS**) **or** $1,000, whichever is greater.

Fact, Affiant is aware that pursuant to **15 U.S. Code § 1692c(c)(1)(2)(3)** - Communication in connection with debt collection - **(c)** If a consumer(executor) notifies a debt collector(**TIFFANY & CO**) in writing that the consumer(executor) refuses to pay a debt(or alleged obligation)or that the consumer(executor) wishes the debt collector(**TIFFANY & CO**) to cease further communication(**directly or indirectly to any person through any medium**) with the consumer(executor), the debt collector(**TIFFANY & CO**) shall not communicate further with the consumer(executor) with respect to such debt except— for sections **(1)(2)(3)** of this subchapter. Please see proof attached as **EXHIBIT F**

Fact, Affiant is aware that pursuant to **15 U.S. Code § 1605(a)(5) - Determination of finance charge** - Except as otherwise provided in this section, the amount of the finance charge in connection with **any consumer credit transaction** shall be determined as the **sum of all charges**, payable directly **or indirectly** by the(**natural**) person to whom the credit is extended, and imposed directly or indirectly by the(**Original**) creditor as an incident to the extension of credit. **The finance charge does not include charges of a type payable in a comparable cash transaction**. Here are some examples of charges which are included in the finance charge include any of the following types of charges which are applicable: **(4)** Fee for an investigation or credit report. **(5)** Premium or other charge for any guarantee or insurance protecting the creditor(**refers only to a person**) against the obligor's default or other credit loss. Please see proof attached as **EXHIBIT E AND G.**

Fact, Affiant is aware that pursuant to **15 U.S. Code § 1635(a)(b)(f)(g) - Right of rescission as to certain transactions; (a)** Except as otherwise provided in this section, in the case of **any consumer credit transaction** in which a security interest, including any such interest arising by operation of law, is or will be retained or acquired in any property which is used as the principal dwelling of the person to whom credit is extended, the **obligor shall have the right to rescind the transaction until midnight of the third business day following the consummation of the transaction** or by notifying the creditor(**TIFFANY & CO**), in accordance with regulations of the Bureau, of his intention to do so. **(b)** When an obligor **exercises his right to rescind under subsection** (a), he is not liable for any finance or other charge, and any security interest given by the obligor, including any such interest arising by operation of law, becomes void upon such a rescission. Within 20 days after receipt of a notice of rescission, the **creditor(TIFFANY & CO)** shall return to the obligor any money or property given as earnest money, **downpayment**, or otherwise, and shall take any action necessary or appropriate to reflect the termination of any security interest created under the transaction. **(f)** An obligor's right of rescission **shall expire three years after the date of consummation of the transaction** or upon the sale of the property, whichever occurs first. **(g)** In any action in which it is determined that a creditor(**TIFFANY & CO**) has violated this section, in addition to rescission the court may award relief under section 1640 of this title for violations of this subchapter not relating to the right to rescind. Please see proof attached as **EXHIBIT F AND H.**

Fact, Affiant is aware that pursuant to **15 U.S. Code § 1692g(a)(5)(b)** within 5 days of initial communication I should have gotten a written notice expanding on written disclosure of the **name and address of the original creditor, if different from current creditor.**

Fact, Affiant is aware that pursuant to **15 U.S. Code § 1666i** - a **card issuer** who has issued a credit card to a cardholder **pursuant to an open end consumer credit plan shall** be subject to all claims (other than tort claims) and defenses arising out of any transaction in which the credit card is used as a method of payment or extension of credit if **(1)** the **obligor** has made a **good faith attempt** to obtain satisfactory

resolution of a disagreement or problem relative to the transaction from the **person(organization) honoring the credit card,** so be it;

I swear to all information provided herein, I do so under the penalty of perjury that the information I so affirm to be true, correct and accurate to the best of my ability and knowledge, so be it;

On the date of *August 2nd, 2021* Patrick Pryce-Latty, agent, d/b/a PATRICK PRYCE-LATTY came before me to day present as a flesh and blood living being(non entity/non debtor) under oath to the most high of creation only and provided the facts listed herein.

_Patrick Pryce-Latty_
AFFIANT PRINTED NAME

_8/2/2021_
DATE

_Patrick Pryce-Latty_
AFFIANT SIGNATURE

Executed on " _2nd_ day of _August 2021_

Witness my hand and official seal

_[signature]_
NOTARY PUBLIC

My commission expires: _July 18_, 20_25_

Notary Seal:

LILLIAM ROSA
Notary Public, State of New York
No. 01RO6130488
Qualified in Bronx County
Commission Expires July 18, 2025

# RIGHTS OF RECESSION NOTICE

TIFFANY & CO
15 SYLVAN WAY
PARSIPPANY, NJ 07054-9693

August 2nd, 2021

Patrick Pryce-Latty
480 Halstead Avenue APT 5N, Harrison, NY, 10528
DOB: 09/02/1990
SS# XXX-XX-1716

To whom this may concern,

I am exercising my right to rescind from this consumer credit transaction, pursuant to **15 U.S. Code § 1635(a)**. Credit Card Account 6010440407893544. In addition, I, Patrick Pryce-Latty am aware of **15 U.S. Code § 1640(2)(A)(i)** and have identified that a finance charge, defined pursuant to **15 U.S. Code § 1605** was assessed however, it did not include the sum of all charges; Insurance; (5) Premium or other charge for any guarantee or insurance protecting the creditor against the obligor's default or other credit loss. I, the consumer demand remedy pursuant to **15 U.S. Code § 1640(2)(A)(i).** Pursuant to **15 U.S. Code § 1692e(8)** is contradicting to what is said is the billing rights provided by TIFFANY & CO. which states, "If we think you owe an amount and you do not pay we may report you as delinquent."

Under **15 U.S. Code § 1635(a)(b)(g)(4) - Right of rescission as to certain transactions**

**(a) Disclosure of obligor's right to rescind**
Except as otherwise provided in this section, in the case of any consumer credit transaction (including opening or increasing the credit limit for an open end credit plan) in which a security interest... The creditor shall also provide, in accordance with regulations of the Bureau, appropriate forms for the obligor to exercise his right to rescind any transaction subject to this section.

**(b) Return of money or property following rescission**
When an obligor exercises his right to rescind under subsection (a), he is **not liable** for **any** finance or other charge, and any security interest given by the obligor, including any such interest arising by operation of law, becomes **void upon such a rescission**. **Within 20 days after receipt of a notice of rescission, the creditor shall return to the obligor any money or property given as earnest money, downpayment, or otherwise, and shall take any action necessary or appropriate to reflect the termination of any security interest created under the transaction.** If the creditor has delivered any property to the obligor, the obligor may retain possession of it. I, as a federally protected consumer am demanding compliance and payment based on the individual actions listed above.

**(4) Applicability** - This subsection shall apply to all consumer credit transactions in existence.

Sincerely,

Patrick Pryce-Latty

# DEBT VALIDATION LETTER OF INSTRUCTION

Patrick Pryce-Latty
480 Halstead Avenue APT 5N, Harrison, NY, 10528

August 2nd, 2021

TIFFANY & CO
15 SYLVAN WAY
PARSIPPANY, NJ 07054-9693

To whom this may concern,

Be advised, this is not a refusal to pay, but a notice sent pursuant to 15 U.S. Code § 1692g(a)(5)
(b) stating your claim is disputed and validation is requested.

This is **not** a request for "verification" or proof of my mailing address, but a request for
**validation** made pursuant to the above-named Title and Section. I humbly request your office
provide me with competent evidence that I have any legal obligation to pay you.

At this time, I will also inform you that if your offices have reported invalidated information to
any of the 3 major credit bureaus (Transunion, Equifax and Experian) this action may constitute
fraud under both Federal and State Laws. Do to that fact, if any negative mark is found on any of
my credit reports by your company or the company that you represent, I will not hesitate in
bringing legal action against you and your client for the following: Violation of the Fair Credit
Reporting Act, Violation of the Fair Debt Collection Practices Act, and Defamation of Character.

If your offices are able to provide the proper documentation as requested in the following
Declaration, I will require at least thirty days to investigate this information, during which time
all collection activity must cease and desist. Also, during this validation period, if any action is
taken which could be considered detrimental to any of my credit reports, I will consult with my
legal counsel for suit. This includes any listing of any information to a credit reporting repository
that could be inaccurate or invalidated.

If your office fails to respond to this validation request within thirty days from the date of receipt,
all references to this account must be deleted and completely removed from my credit file, and a
copy of such deletion request shall be sent to me immediately.

Sincerely,

Patrick Pryce-Latty



EXHIBIT A

**DISCLOSURE REQUIRED BY FEDERAL LAW.**
**YOUR BILLING RIGHTS. KEEP THIS NOTICE FOR FUTURE USE.**

*Your Billing Rights: Keep This Document for Future Use*

This notice tells you about your rights and our responsibilities under the Fair Credit billing Act.

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at:

Tiffany & Co
15 Sylvan Way
Parsippany, NJ 07054-9693

*[handwritten: Patrick Ryce-Latty Account # 6010-4404-0789-3544 - $25,901.63]*

In your letter, give us the following information:

- *Account information*: Your name and account number.
- *Dollar amount*: The dollar amount of the suspected error.
- *Description of Problem*: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

*[handwritten: - 15 USC 1666i(a)]*

*Your Rights If You Are Dissatisfied With Your Credit Card Purchases*

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

*[handwritten: - 15 USC 1666i(a)(2)]*

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. **(Note:** Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

*[handwritten: means any card, plate, or other credit device existing for the purpose of obtaining money, property, or other services on credit.]*

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. *[handwritten: - No Cash in consumer credit transaction]*

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:

Tiffany & Co
15 Sylvan Way
Parsippany, NJ 07054-9693

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

EXHIBIT (B)

## RETAIL INSTALLMENT CREDIT AGREEMENT

*natural person or organization*

In this Agreement, the words "you" and "your" refer to any person who signs this Agreement, has requested and is issued a Tiffany & Co. credit card, or is authorized to use this Tiffany & Co. credit card account ("Account"); "we", "us", "our", and "Tiffany & Co." refer to Tiffany & Company U.S. Sales LLC, a Delaware limited liability company, with an address at Fifth Avenue and 57th Street, New York, NY 10022, and any person or entity to whom this Account may be assigned.

### 1. PROMISE TO PAY/WHEN AGREEMENT IS EFFECTIVE

When you sign the Application for this Account, you will be agreeing to everything written here. Therefore, before you sign the Application, you should read this entire Agreement, which includes the cost-of-credit disclosures required by Federal Law. The information you provide on the Application that identifies you is incorporated in this Agreement by reference. This Agreement will not be effective until we approve your Application, and then after that, only if you or someone authorized by you signs a sales slip or otherwise charges a purchase to this Account.

### 2. COST OF CREDIT

(a)   As required by applicable law, the following chart sets forth some of the terms of the Account:

| | |
|---|---|
| Annual Percentage Rates (APR) for Purchases | **8% - 21%**<br>The APR varies by state; please see the "State Specific Interest Rates and Interest Charges" table below in this account agreement. |
| How to Avoid Paying Interest on Purchases | Your due date is at least **25** days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your entire balance by the due date each month |
| Minimum Interest Charge | If you are charged interest, the charge will be no less than $0.50. |
| For Credit Card Tips from the Consumer Financial Protection Bureau | To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at<br>http://www.consumerfinance.gov/learnmore |

| Fees | |
|---|---|
| Annual Fee | None |
| Penalty Fees<br>• Late Payment | **$0.00 to $10.00.** This fee will vary by state; please see Paragraph 5 below in this account agreement. |
| • Returned Payment | **$0.00 to $25.00.** This fee will vary by state; please see Paragraph 5 below in this account agreement. |



**13. CHANGE OF ADDRESS AND GOVERNING LAW**

This Agreement is governed by the law of your state of residence when this Account was opened. You agree to notify us promptly in writing if you move. Until we receive written notice of your new address, we will continue to send monthly statements and other notices to the address you gave on the Application for this Account. Once we receive written notice that you have moved to another state, the terms of this Agreement that are applicable to your new state of residence will apply to the entire balance in your Account.

**Notice to Maryland Residents:** This Account is governed by Subtitle 9, Title 12 of the Maryland Commercial Law Article.

**Notice to Texas Residents:** The Interest Charge rate shown above is authorized under the Market Competitive Rate ceiling in effect under Tex. Rev. Civil. Stat. Article 50966.03. To contact Tiffany & Co. about this account, call us toll free at 1-800-827-1396. This contract is subject in whole or in part to Texas law which is enforced by the Consumer Credit Commissioner, 2601 North Lamar Boulevard, Austin, TX 78705-4207. Phone (512) 4791285 or 1-800-538-1579. Contact the Commissioner relative to any inquiries or complaints.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**Notice:** See reverse side for important information regarding your rights to dispute billing errors.

**BY SIGNING THE ACCOMPANYING ACCOUNT REQUEST FORM, YOU ACKNOWLEDGE RECEIPT OF A COPY OF THIS RETAIL INSTALLMENT CREDIT AGREEMENT.**

**TIFFANY & CO. U.S. SALES LLC**
**Fifth Avenue and 57th Street New York,**
**NY 10022**

By:

Henry Iglesias
Treasurer

EXHIBIT (1)

| Maine, South Carolina, North Carolina, Michigan, Hawaii, Florida, Illinois, Connecticut, Delaware, District of Columbia, Nebraska, Massachusetts, Minnesota, Pennsylvania, New Hampshire, New Mexico, North Dakota, South Dakota, West Virginia, Rhode Island, Washington, Wyoming, Puerto Rico, Guam | No returned check fee. |
|---|---|

### 6. DEFAULT/COLLECTION COSTS

If you fail to pay any minimum monthly payment when due, if you declare bankruptcy, or if you die, it will be a default, and subject to any right you may have under state law to receive notice of and to cure such default, we may declare the entire unpaid balance in the Account due and payable. If the Account is referred to an attorney who is not our salaried employee and we prevail in a suit against you to collect the amount you owe, in addition to the full amount owed and any court costs, you agree to pay our reasonable attorneys' fees. No attorneys' fees will be imposed in any state, or in any amount, where not permitted by law. We will pay your reasonable attorneys' fees if you prevail in a suit we bring against you under this Agreement. **As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.**

*Oxymoron*

### 7. CANCELING OR LIMITING YOUR CREDIT

Unless otherwise provided by applicable law, we have the right at any time to limit or terminate the use of your Account without giving you notice in advance. All credit cards we issue remain our property and, if requested, you agree to return any credit card issued to you. You agree to notify us promptly (call us toll free at Tel. No. 18008271396) if any credit card we issue to you is lost or stolen.

### 8. CHANGE IN THIS AGREEMENT

We may change any term of this Agreement, including the rate of Interest Charge, by furnishing you notice of the change to the extent required by applicable law. If permitted by applicable law, any new terms may, at our option, be applied to any balance existing in the Account at the time of the change, as well as to any subsequent transactions.

*a natural person (me)*

### 9. CREDIT INVESTIGATION  — 15 USC 1681 b(a2)

You authorize us to investigate your credit history by obtaining consumer reports and by making direct inquiries of businesses where you have accounts and where you work. We may request a consumer report from consumer reporting agencies in considering your application for this Account and later in connection with an update, renewal, or extension of credit. Upon your request we will tell you whether or not a consumer report was requested and the name and address of any consumer reporting agency that furnished the report. You also authorize us to report your performance under this Agreement to credit bureaus and others who may properly receive such information.

### 10. DISPUTED AMOUNTS

All written communications concerning disputed amounts, including any check or other payment instrument in an amount less than the full amount due that you send to us marked "paid in full" you tender with other conditions or limitations, or you otherwise tender as full satisfaction of a disputed amount, must be sent to us at the address for billing inquiries shown on the billing statement. For important information regarding your right to dispute billing errors under Federal Law, see the "Your Billing Rights Notice" that accompanies your copy of this Agreement.

### 11. MARKETING INFORMATION

To the extent permitted by applicable law, you give us and any holder of this Agreement permission to furnish information about you (usually only your name, address and other identifying data) to other persons who may use that information to solicit you for products or services. You can request that we discontinue furnishing this information by calling us toll free at 1-800-827-1396 or by writing us at Tiffany & Co., P.O. Box 6150, Parsippany, New Jersey 07054-9693.

### 12. DISPUTE RESOLUTION

The exclusive means of resolving any controversy or claim arising out of or relating to this Agreement or any related purchase contract, or the breach, termination or invalidity of any of the foregoing shall be in the applicable state and federal courts. The parties hereby waive the right to punitive or exemplary damages but shall have the right to reasonable attorneys' fees and other court related costs awardable to the prevailing party.



EXHIBIT E

| State Specific Interest Rates and Interest Charges | | |
|---|---|---|
| **ANNUAL PERCENTAGE RATE (APR) for Purchases** | If you live in: | The APR is: |
| | California | **10%** (1) |
| | Arkansas | **17%** (2) |
| | Connecticut, Washington, Michigan | **12%** (3) |
| | Hawaii, North Carolina, Massachusetts, South Carolina, Minnesota, Louisiana | **18%** (4) |
| | Florida | **15%** (5) |
| | Nebraska, Guam | **18%** (4) on balances of $500 or more; **21%** (6) on all other balances |
| | Alabama | **18%** (4) on balances between $750 and $2,000; **21%** (6) on all other balances. |
| | West Virginia | **18%** (4) on balances of $750 or less; **12%** (3) on balances greater than $750. |
| | Kentucky | **8%** (7) on balances of $15,000 and under; **21%** (6) on balances above $15,000. |
| | All other states, Puerto Rico and the District of Columbia | **21%** (6) |
| **Grace Period for repayment of balances** | 30 days on average | |
| **Method of computing the balance** | Average daily balance (excluding current transactions) | |
| **Annual Fee** | None | |
| **Minimum finance charge** | If you live in: | The minimum finance charge is: |
| | Hawaii, Arkansas, District of Columbia, Maryland, Nebraska, Michigan, North Carolina, South Carolina, Arizona, and Guam | None |
| | All other states (NY) | $0.50 |

(1) Monthly Periodic Rate of 0.833%
(2) Monthly Periodic Rate of 1.4166%
(3) Monthly Periodic Rate of 1.000%
(4) Monthly Periodic Rate of 1.500%
(5) Monthly Periodic Rate of 1.250%
(6) Monthly Periodic Rate of 1.750%
(7) Monthly Periodic Rate of 0.666%

EXHIBIT (F)

1 of 3

# CEASE AND DESIST

Patrick Pryce-Latty
480 Halstead Avenue APT 5N, Harrison, NY, 10528

August 2nd, 2021

TIFFANY & CO
15 SYLVAN WAY
PARSIPPANY, NJ 07054-9693

Account Number: 6010440407893544
Name: Patrick Pryce-Latty
Credit Amount: $25,901.63

To whom this may concern,

Pursuant to **15 U.S. Code § 1692c(c)** I am notifying you in writing that I, the natural person, Executor and Original Creditor refuse to pay this alleged debt. I am demanding that you cease all forms of communication with me through any and all mediums, directly and indirectly. A Consumer Reporting Agency(Transunion, Experian, Equifax, Innovis) is an example of a medium.

I am dissatisfied with my purchase that I made with my credit card(as defined pursuant to **15 U.S. Code § 1602**) and in good faith, I am giving the opportunity to correct the violation found in the **RETAIL INSTALLMENT CREDIT AGREEMENT provided by, TIFFANY & CO.** The purchase was made within 100 miles of my current mailing address and the purchase price was $25,901.43; I have not fully paid for the purchase with $19,426.26 allegedly remaining.

Be mindful that pursuant to **15 U.S. Code § 1611 - TIFFANY & CO.** May be held criminally liable for willful and knowing violation.

Pursuant to **15 U.S. Code § 1692c(C)(2)** -

I am invoking my specified remedy as a federally protected consumer, and the Original Creditor I am demanding all of the following:

1. Send valuation of the property purchased using my credit card as defined under the Truth In Lending Act as 'any card or other credit device existing for the purpose of obtaining money, property, labor, or services on credit,' so be it; to the address on my consumer credit application and submit proof in writing that this has been complete.

2. Pursuant to **15 U.S. Code § 1635(b)**, I am exercising my right to rescind the TIFFANY & CO. Retail Installment Credit Agreement by midnight of the third business day; let it be understood that I did not receive any copy of disclosure or form of my consumer credit transaction. You have 20 days from the receipt of this notice to adhere to applicable FEDERAL LAW.

3. I am demanding my down payment for this 'credit card' in the amount of $6,475.41 be made payable to Patrick Pryce-Latty and mailed to the address presented on my consumer credit application completed in store with proof of this action pursuant to **15 U.S. Code § 1635(b)**

EXHIBIT (F)
2 of 3

4. Pursuant to **15 U.S. Code § 1692k** - Pay the attached invoice and compensate me for every individual action labeled in the attached exhibit. If not, I will not hesitate to take legal action.

5. Remove inquiry from my consumer report(s) pursuant to **15 U.S. Code § 1681b(a)(2) and 15 U.S. Code § 1692c in regard to communication through any and all mediums.**

6. Credit to the account 6010440407893544 to be open and available for use; pursuant to applicable FEDERAL LAW as a card member who exercised their right I shall not be discriminated against.

7. Lastly an apology pursuant to **15 U.S. Code § 1692j** for furnishing a deceptive form that me made feel I was obligated to pay a debt when I granted my credit for extension for personal goods.

Sincerely,

Patrick Pryce - Lathy

Executed on "      ", _____

Witness my hand and official seal

_____
　　　NOTARY PUBLIC

_____
　　　　　DATE

My commission expires: _____, 20____

Notary Seal:



EXHIBIT F

3 of 3

# REQUEST FORM

1. Name and address of alleged creditor:

2. Name of file of alleged debtor:

3. Alleged Account Number:

4. Address on file for alleged debtor:

5. Amount of alleged debt:

6. Date (this alleged debt became payable):

7. Date of Original Charge or delinquency:

8. Was this debt assigned to a debt collector or purchased:

9. Amount paid if debt was purchased:

10. Commission for debt if collection efforts are successful:


Please provide the name and address of the bonding agent for TIFFANY & CO., in case legal action becomes necessary:

Authorized Signature of Creditor: _____

Date: _____


You must return this completed form along with copies of all requested information, assignments or other transfer agreements, which would establish your right to collect this alleged debt within thirty days from the date of your receipt of this letter.

Your claim cannot and will not be considered if any portion of this form is not completed and returned with copies of all requested documents. This is a request made pursuant to the Fair Debt Collection Practices Act.

Please allow thirty days for processing once I receive this information.

# TIFFANY & CO.

PATRICK PRYCE-LATTY

REFERENCE NUMBER: XXXX XXXX XXXX 3544

## ACCOUNT SUMMARY

| | |
|---|---|
| Credit Limit | $3,000.00 |
| Credit Available | $16,426.00 |
| Days in Billing Cycle | 31 |
| Billing Closing Date | December 19, 2021 |
| **Payment Due Date** | **January 13, 2022** |
| **Minimum Payment Due** | **$3,238.00** |
| Past Amount Due | $1,619.00 |
| | |
| Previous Retail Balance | $0.00 |
| Previous Tiffany Select | |
| Financing Balance | $19,426.26 |
| Payments & Credits − | $0.00 |
| Retail Purchases & Other | |
| Charges + | $0.00 |
| Tiffany Select Financing | |
| purchases + | $0.00 |
| FINANCE CHARGES + | $0.00 |
| New Balance = | $19,426.26 |

Questions? Please Call Tiffany & Co. 800-827-1396

Or Write:   PO Box 6150

Parsippany, NJ 07054-9693

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $19,426.26 |
| **Minimum Payment Due** | **$3,238.00** |
| **Payment Due Date** | **January 13, 2022** |

To avoid finance charges please pay the retail balance, along with the monthly minimum payment for any Tiffany Select Financing you may have, and (if applicable) fees/ charges totaling $3238.00.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above you may have to pay a $10.00 late fee.

**Return Check Fee Warning:** If your payment by check is returned to us you will be charged a Return Check Fee of up to $25.

**Minimum Payment Warning:** If you make only the minimum payment for each period, you will pay more in interest and it will take you longer to pay off your revolving retail installment balance. For Example:

| If you make no additional charges using this card and each month you pay | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 10 Years | $21,836.00 |

If you would like information about credit counseling services, call 1-800-827-1396

## IMPORTANT MESSAGES

If you would like to request a copy of the terms and conditions for your account please  go online to Tiffany.com and select customer service or call 800-827-1396.

If you would like to pay your bill by phone please call customer service at 800-827-1396, Mon-Fri  9am-5pm EST.

The Tiffany & Co credit card site has gotten a fresh look. Please visit www.tiffany.com/managemyaccount to select electronic statements or set up one-time payments, schedule future payments or create recurring payments.

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

5796  0002 C3H   001  7 12  211219 0   X PAGE 1 of 2   1 0  9328  0400  STD2  01AC5796        13020

Please detach bottom portion and submit with payment using enclosed envelope

## TCO
P.O. BOX 6150
PARSIPPANY, NEW JERSEY 07054-9693

Please make check payable to Tiffany&Co

☐ Check here if address change is requested.
See reverse side.

### Payment Information

| | |
|---|---|
| REFERENCE NUMBER | XXXX XXXX XXXX 3544 |
| Payment Due Date | January 13, 2022 |
| New Balance | $19,426.26 |
| Minimum Payment | $3,238.00 |
| Amount Enclosed | $ |

Tiffany & Co
P.O. Box 1728
Memphis TN 38101-1728

PATRICK PRYCE-LATTY                    13020
1234 MIDLAND AVE APT 5G                K212
BRONXVILLE NY 10708-6405

000000000789354400323800019426266

## BILLING RIGHTS SUMMARY

**In case of errors or questions about your bill:**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at P.O. Box 6150, Parsippany, NJ 07054-9693 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

**In your letter, give us the following information:**

* Your name and account number.
* The dollar amount of the suspected error.
* Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special Rule for Credit Card Purchases:**

If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services.

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT STATEMENT

**1.   Payments:**

You may at any time pay your total indebtedness or any part of it, but you must pay at least the "Minimum Payment Due" shown on the front of this statement by the "Payment Due Date." There may be a delay of up to 5 days in posting payments made at locations other than the address listed on your monthly bill. You will not incur late payment fees for payments received at any time on or before the payment due date shown on the front of this bill and at the same address shown on the front of this bill. Business days are Monday through Friday. To avoid late payment fees, we must receive the full minimum payment due by the payment due date shown on the front of this statement.

**2.   Finance Charge:**

The Finance Charge that appears on the front of this statement is minimum FINANCE CHARGE of $.50 in any month in which the Finance Charge that results from the application of the periodic rate would be less than $.50, except there is no minimum FINANCE CHARGE in AR, DC, GU, HI, MD, NE, NC, PR AND SC.

**3.   Balance Method for Computing Finance Charge:**

We calculate the Finance Charge by applying the periodic rate(s) shown on the front of this statement to the "Average Daily Balance" of your account (excluding current transactions). To get the "Average Daily Balance" we take the beginning balance of your Account each day, and subtract any payments and credits and late fee, returned check fee and any unpaid Finance Charge. We do not add any new purchases. This gives us the daily balance. Then, we add together all the daily balances for the billing cycles and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance".

**4.   Credit Balances:**

If there is a credit balance due on your account, it will be shown by "CR" next to the amount appearing in the New Balance box. This is money we owe you. You can make charges against this amount or obtain a cash refund of the full amount we owe you upon request by writing to us at the address shown after "Questions" on the front of this statement. Any amount remaining in your account that is not charged against or refunded upon request that is over $1.00 will be refunded automatically within 30 days after the expiration of six months. Please include your signature and your account number on all correspondence.

**5.   Notice About Credit Reports:**

A negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**6.   Disputed Amounts:**

Payment of any amount you dispute is not required until we resolve your billing inquiry. All communications concerning disputed amounts, including any check or other payment instrument in an amount less than the full amount due that you send to us marked "paid in full", or you otherwise tender as full satisfaction of a disputed amount, must be sent to the address for billing inquiries shown on this billing statement. A summary of your billing rights under federal law appears above.

O1AC5796 - 3 - 12/11/2012

☐  Name Correction

☐  Address Change

☐  Phone Change

# TIFFANY & CO.

PATRICK PRYCE-LATTY

REFERENCE NUMBER: XXXX XXXX XXXX 3544

## IMPORTANT MESSAGES (continued)

"Special Message Regarding Cash Payments: Cash payments exceeding $10,000 (including two more related cash payments made within any 12-month period) will be reported by Tiffany and Company on IRS/FinCEn Form 8300 in accordance with applicable law."

## TRANSACTIONS

| Post Date | Trans Date | Reference Number | Transaction Description | Amount |
|-----------|-----------|------------------|------------------------|--------|
| | | | Fees | |
| | | | TOTAL FEES FOR THIS BILLING PERIOD | $0.00 |
| | | | Interest Charged | |
| | | | TOTAL INTEREST FOR THIS BILLING PERIOD | $0.00 |

| 2021 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2021 | $0.00 |
| Total interest charged in 2021 | $0.00 |

NEW YORK RESIDENTS MAY CONTACT THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES BY TELEPHONE OR VISIT ITS WEBSITE FOR FREE INFORMATION ON COMPARATIVE CREDIT CARD RATES, FEES AND GRACE PERIODS. NY STATE DEPT OF FINANCIAL SERVICES: 1-800-342-3736 http://www.dfs.ny.gov/consumer/creditdebt.htm

## TIFFANY SELECT FINANCING SUMMARY

| TSF Sales Date | Financing Terms | Merchandise Description | Amount Financed | Total TSF Balance Outstanding | TSF Monthly Payment Due |
|----------------|-----------------|------------------------|-----------------|-------------------------------|-------------------------|
| 07/31/21 | 25% DOWN 12 MONTHS | IMPORTANT COLOR RINGS | $19,426.26 | $19,426.26 | $3,238.00 |

## FINANCE CHARGE SUMMARY

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account

| Type of Balance | ANNUAL PERCENTAGE RATE (APR) | Balance Subject to Interest Rate | INTEREST CHARGE |
|-----------------|------------------------------|----------------------------------|-----------------|
| Purchases | 21.00% | $0.00 | $0.00 |
| 25% DOWN 12 MONTHS | 0.00% | $0.00 | $0.00 |

TIFFANY & CO
P.O. BOX 6150
PARSIPPANY NJ 07054-9693

RETURN SERVICE REQUESTED

PATRICK PRYCE-LATTY
1234 MIDLAND AVE APT 5G
BRONXVILLE NY 10708-6405

A00045899

K212

FIRST CLASS MA

TIFFANY & CO
P.O. BOX 6150
PARSIPPANY NJ 07054-9693

December 29, 2021

PATRICK PRYCE-LATTY                    A00045899
1234 MIDLAND AVE APT 5G
BRONXVILLE NY 10708-6405               K212

Account # 3544
Balance $19,436.26
Past Due Amount $1,619.00

Dear Patrick Pryce-Latty,

Since we have not received your payment for $3,238.00 we were wondering if you have some reason for not paying.

If there is a problem with your account which is causing you to delay payment, we would greatly appreciate you letting us know. If there are no problems and you haven't already mailed in your payment, won't you take a moment to send it today?

Your prompt attention to this matter is appreciated.  Should you have any questions, please contact me at 1-800-580-2143.

Payments may be made for no additional fee via:
  1. Phone 1-800-580-2143
  2. On-line www.tiffany.com/managemyaccount
  3. Mail to Tiffany & Co., P.O. Box 1728, Memphis, TN
     38101-1728. Please include your complete account number.

Payments Risk-Collections

TIFFANY & CO
P.O. BOX 6150
PARSIPPANY NJ 07654-9693

RETURN SERVICE REQUESTED

PATRICK PRYCE-LATTY
1234 MIDLAND AVE APT 5G
BRONXVILLE NY 10708-6405

A00023932

K201

FIRST CLASS MAI

TIFFANY & CO
P.O. BOX 6150
PARSIPPANY NJ 07054-9693

January 19, 2022

PATRICK PRYCE-LATTY
1234 MIDLAND AVE APT 5G          A00023932
BRONXVILLE NY 10708-6405         K201

Account# 3544
Balance $19,436.26
Past Due Amount $3,238.00

Dear Patrick Pryce-Latty,

You are important to us, so we are concerned as to why your account continues to be past due.
Prompt payments assure continued availability of all charge privileges.  If there is a problem with
your account which is causing you to delay payment, we'd greatly appreciate you letting us know.

Please call us with any questions you may have about your account at 1-800-580-2143.  Otherwise,
we would appreciate your payment.

Payments may be made for no additional fee via:
    1. Phone 1-800-580-2143
    2. On-line www.tiffany.com/managemyaccount
    3. Mail to Tiffany & Co., P.O. Box 1728, Memphis, TN
       38101-1728. Please include your complete account number.

Payments Risk-Collections

*File # 2A-039518-M1*

# TIFFANY & CO.

200 FIFTH AVENUE
NEW YORK, NEW YORK 10010
212 230 5397

CATHERINE W.H. SO
GENERAL COUNSEL
SENIOR VICE PRESIDENT – LEGAL

September 13, 2021

Patrick Pryce-Latty
1234 Midland Ave
Apt 5G
Bronxville NY 10708-6405
therightpryce@yahoo.com

Mr. Pryce-Latty,

We are in receipt of your communications and documentation dated August 2, 2021 regarding your Tiffany Select Financing account (Account Number 6010440407893544).

We have reviewed your submissions and investigated the matter, and have concluded that there is not any legal basis for your claims against or demands on Tiffany & Co. As was discussed with you, as a customer service courtesy, if you are dissatisfied with your purchase, we would agree to rescind your Tiffany Select Financing Retail Installment Credit Agreement ("Select Financing Agreement") and provide a full refund of your down payment amount upon your return of the item to our retail location. Alternatively, you may satisfy your obligations under the Select Financing Agreement by tendering the full amount owed. Otherwise, if you are not willing to return the item, the financing will remain in place and you will be obligated to make all payments due under the Select Financing Agreement.

Please note, with respect to your concerns arising under the Fair Debt Collections Practices Act (15 USC § 1692, *et seq*), that such provisions do not apply to Tiffany & Co. or Tiffany and Company U.S. Sales, LLC (singly and together, as applicable, "Tiffany") as neither a "debt collector" as defined under 15 USC § 1692a(6). This is because Tiffany is a creditor that services accounts on its own behalf, and is not collecting debts "due another." As such, the obligations and limitations expressly applicable to "debt collectors" under 15 USC §§ 1692c, 1692e, 1692g, 1692j, and 1692k do not apply to Tiffany. Additionally, the $5,000 penalty amount that is listed on the document titled "Invoice #555" does not give rise to a private cause of action under 15 USC § 1611.

Further, while you had requested that we remove inquiries from your credit report(s) "pursuant to 15 U.S. Code § 1681b(a)(2)," that statute applies to consumer reporting agencies, not creditors, and merely lists "[i]n accordance with the written instructions of the consumer to whom it relates" as one of the permissible purposes for a consumer reporting agency to furnish a consumer report. You expressly authorized Tiffany to "investigate your credit history by obtaining consumer reports" under Section 9 of your Select Financing Agreement. For the same reasons, Tiffany has no liability for any willful noncompliance under 15 USC § 1681n.

1

File # 21-039518-M1

Finally, we note that the right to a recission of a consumer credit transaction, as referenced in your Rights of Recission Notice, only applies to a credit transaction "in which a security interest. . . is or will be retained or acquired in any property which is used as the principal dwelling of the person to whom credit is extended." 15 USC § 1635(a). As such, the right of recission under 15 USC § 1635 does not apply to this transaction, as no such security interest was taken in your principal dwelling.

For these reasons, we do not feel that any further action on our part is necessary at this time. As we mentioned, if you would like to return the ring to one of our retail locations, we are happy to rescind the Select Financing Agreement and refund your down payment as a customer courtesy, or you may tender the full amount owed. Otherwise your obligations under the Select Financing Agreement will remain in place.

Please note this letter shall not operate as a waiver of any right or remedy of Tiffany under the Select Financing Agreement nor constitute a waiver of any provision of the Select Financing Agreement. Accordingly, Tiffany reserves the right to enforce its rights and remedies under the Select Financing Agreement at any time, **including provisions regarding default**.

Please do not hesitate to contact me with any questions.

Very truly yours,

Catherine So
General Counsel, Senior Vice President – Legal

2

A = 2 violation

B = 5   "   ⟩ 7

C = ~~HHH~~ 1 — 6

D = 1111   — 4

E = 1   —   1

G = ~~HHHH~~ + 15 + 3 + 7 + 4   — 34

1111 + 15 + 2 + 5 + 4   — 30

1                          — 1

H - 1                      — 1

+ 85K = FDCPA Violations
+ 25,901.68 — Cash Advance taken on my behalf
+ 24,000 ~~ielus~~ ~~Attorney~~ Damages, hours of study
              or/not speaking to an attorney
          that would to Charge me $300
              for the Same Service.

134,901.68

*[handwritten] 15 USC 1692 ✓*
*[handwritten] symbol or logo indicates they are in the debt collection business*
*[handwritten] 15 USC 1692f(8) ✓*
*[handwritten] Validation of cease and desist submitted by mail and received Aug 4th '21*

# TIFFANY & CO.

PATRICK PRYCE-LATTY

REFERENCE NUMBER: XXXX XXXX XXXX 3544

## ACCOUNT SUMMARY

| | |
|---|---|
| Credit Limit | $3,000.00 |
| Credit Available | $16,426.00 |
| Days in Billing Cycle | 30 |
| Billing Closing Date | August 19, 2021 |
| Payment Due Date ✓ | September 13, 2021 |
| Minimum Payment Due *[handwritten] 15 USC 1692d(2)* | $0.00 |
| Past Amount Due *[handwritten] (a)* | $0.00 |
| Previous Retail Balance | $0.00 |
| Previous Tiffany Select Financing Balance | $0.00 |
| Payments & Credits | - $0.00 |
| Retail Purchases & Other Charges | + $0.00 |
| Tiffany Select Financing purchases | + $0.00 |
| FINANCE CHARGES | + $19,426.26 |
| New Balance | = $19,426.26 |

*[handwritten] 15 USC 1692e(2)(A)*

Questions?  Please Call Tiffany & Co. 800-827-1396

Or Write:  PO Box 6150

Parsippany, NJ 07054-9693

*[handwritten] False & Deceptive ✓*
*[handwritten] 15 USC 1692e(11) – States no where that this is an attempt to collect a debt*

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance *[handwritten] 15 USC 1692d(2) ✓* | $19,426.26 |
| Minimum Payment Due *[handwritten] (6)* | $0.00 |
| Payment Due Date | September 13, 2021 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above you may have to pay a $10.00 late fee.

**Return Check Fee Warning:** If your payment by check is returned to us you will be charged a Return Check Fee of up to $25.

**Minimum Payment Warning:** If you make only the minimum payment for each period, you will pay more in interest and it will take you longer to pay off your revolving retail installment balance. For Example:

| If you make no additional charges using this card and each month you pay | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 0 Months | $0.00 |

If you would like information about credit counseling services, call 1-800-827-1396

*[handwritten] Why is the $6,475.41 not shown? – 15 USC 1605*
*[handwritten] Is it because cash is not supposed be present in a consumer credit transaction? – 15 USC 1692e (2)(A)*

## IMPORTANT MESSAGES

If you would like to request a copy of the terms and conditions for your account please  go online to Tiffany.com and select customer service or call 800-827-1396.

*[handwritten] ✓ 15 USC 1692f(1) – Unfair Practices*

Did you know that you could receive your monthly statement electronically and pay your bill online? Please go to www.tiffany.com/managemyaccount Choose delivery method to switch to electronic  statements. Thank you

If you would like to pay your bill by phone please call customer service at 800-827-1396, Mon-Fri  9am-7pm EST.

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

5796  0001 C3H    001  7 12  210819 0    0 PAGE 1 of 2    11 9328 0400 STD2 01AE5796        1400

*handwritten:* 15 USC 1692(b)(4) Symbol or logo

# TIFFANY & CO.

*handwritten:* 6/15 USC 1692(b)(6) Violation of cease and desist submitted by mail and received Aug 4th, 31

PATRICK PRYCE-LATTY

*handwritten:* 15 USC 1692f(8)

REFERENCE NUMBER: XXXX XXXX XXXX 3544

## IMPORTANT MESSAGES (continued)

The Tiffany & Co credit card site has gotten a fresh look. Please visit www.tiffany.com/managemyaccount to select electronic statements or set up one-time payments, schedule future payments or create recurring payments.

"Special Message Regarding Cash Payments: Cash payments exceeding $10,000 (including two more related cash payments made within any 12-month period) will be reported by Tiffany and Company on IRS/FinCEn Form 8300 in accordance with applicable law."

*handwritten:* 15 USC 1692e(11) - States no where that this is an attempt to collect a debt - False and deceptive

## TRANSACTIONS

| Post Date | Trans Date | Reference Number | Transaction Description | Amount |
|-----------|------------|------------------|-------------------------|--------|
| 08/02 | 07/31 | P9328006N0HNG14GM | TIFFANY & CO. WHITE PLAINS NY | $19,426.26 |
| | | | IMPORTANT COLOR RINGS | |
| | | | MISCELLANEOUS SUNDRY | |
| | | | Fees | |
| | | | TOTAL FEES FOR THIS BILLING PERIOD | $0.00 |
| | | | Interest Charged | |
| | | | TOTAL INTEREST FOR THIS BILLING PERIOD | $0.00 |

| 2021 Totals Year-to-Date | |
|--------------------------|--------|
| Total fees charged in 2021 | $0.00 |
| Total interest charged in 2021 | $0.00 |

NEW YORK RESIDENTS MAY CONTACT THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES BY TELEPHONE OR VISIT ITS WEBSITE FOR FREE INFORMATION ON COMPARATIVE CREDIT CARD RATES, FEES AND GRACE PERIODS. NY STATE DEPT OF FINANCIAL SERVICES: 1-800-342-3736 http://www.dfs.ny.gov/consumer/creditdebt.htm

PAYMENT OF AMOUNT IN DISPUTE $19426.26 NOT REQUIRED.

*handwritten:* 15 USC 1692e(2)(A)

## TIFFANY SELECT FINANCING SUMMARY

| TSF Sales Date | Financing Terms | Merchandise Description | Amount Financed | Total TSF Balance Outstanding | TSF Monthly Payment Due |
|----------------|-----------------|-------------------------|-----------------|-------------------------------|-------------------------|
| 07/31/21 | 25% DOWN 12 MONTHS | IMPORTANT COLOR RINGS | $19,426.26 | $19,426.26 | $0.00 |

*handwritten:* - Why is the $6,475.41 paid in cash not shown anywhere? - 15 USC 1605

## FINANCE CHARGE SUMMARY

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account

| Type of Balance | ANNUAL PERCENTAGE RATE (APR) | Balance Subject to Interest Rate | INTEREST CHARGE |
|-----------------|------------------------------|----------------------------------|-----------------|
| Purchases | 21.00% | $0.00 | $0.00 |
| 25% DOWN 12 MONTHS | 0.00% | $0.00 | $0.00 |

*15 USC 1692c(c) - Violation of Cease and desist, submitted by mail and received Aug 4th, '21*

## BILLING RIGHTS SUMMARY

**In case of errors or questions about your bill:**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at P.O. Box 6150, Parsippany, NJ 07054-9693 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

**In your letter, give us the following information:**
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special Rule for Credit Card Purchases:**
If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services.

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT STATEMENT

**1. Payments:**
You may at any time pay your total indebtedness or any part of it, but you must pay at least the "Minimum Payment Due" shown on the front of this statement by the "Payment Due Date." There may be a delay of up to 5 days in posting payments made at locations other than the address listed on your monthly bill. **You will not incur late payment fees for payments received at any time on or before the payment due date shown on the front of this bill and at the same address shown on the front of this bill.** Business days are Monday through Friday. To avoid late payment fees, we must receive the full minimum payment due by the payment due date shown on the front of this statement.

**2. Finance Charge:**
The Finance Charge that appears on the front of this statement is minimum FINANCE CHARGE of $.50 in any month in which the Finance Charge that results from the application of the periodic rate would be less than $.50, except there is no minimum FINANCE CHARGE in AR, DC, GU, HI, MD, NE, NC, PR AND SC.

**3. Balance Method for Computing Finance Charge:**
We calculate the Finance Charge by applying the periodic rate(s) shown on the front of this statement to the "Average Daily Balance" of your account (excluding current transactions). To get the "Average Daily Balance" we take the beginning balance of your Account each day, and subtract any payments and credits and late fee, returned check fee and any unpaid Finance Charge. We do not add any new purchases. This gives us the daily balance. Then, we add together all the daily balances for the billing cycles and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance".

**4. Credit Balances:**
If there is a credit balance due on your account, it will be shown by "CR" next to the amount appearing in the New Balance box. This is money we owe you. You can make charges against this amount or obtain a cash refund of the full amount we owe you upon request by writing to us at the address shown after "Questions" on the front of this statement. Any amount remaining in your account that is not charged against or refunded upon request that is over $1.00 will be refunded automatically within 30 days after the expiration of six months. Please include your signature and your account number on all correspondence.

**5. Notice About Credit Reports:** *15 USC 1692d(1) Threat to hurt my reputation*
A negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**6. Disputed Amounts:**
Payment of any amount you dispute is not required until we resolve your billing inquiry. All communications concerning disputed amounts, including any check or other payment instrument in an amount less than the full amount due that you send to us marked "paid in full," or you otherwise tender as full satisfaction of a disputed amount, must be sent to the address for billing inquiries shown on this billing statement. A summary of your billing rights under federal law appears above.

*15 USC 1692d(1) - States no when that this is an attempt to collect a debt. False and deceptive*

01AC5796 - 3 - 12/11/2012

☐ Name Correction

☐ Address Change

☐ Phone Change

P.O. BOX 6150
PARSIPPANY, NEW JERSEY 07054-9693

Please make check payable to Tiffany&Co

FORWARDING SERVICE REQUESTED

PR
FIRST
U.S
Mail I

PATRICK PRYCE-LATTY
1234 MIDLAND AVE APT 5G
BRONXVILLE NY 10708-6405



ENV 4961 (2



NEW YORK, NY 10010
UNITED STATES US

BILL SENDER

TO PATRICK PRYCE-LATTY

1234 MIDLAND AVE
APT 5G
BRONXVILLE NY 10708

(646) 428-5982          REF:
INV:
PO:                                    DEPT:

FedEx
Express

**E**

TUE - 14 SEP 8:00P
STANDARD OVERNIGHT

TRK# 7747 8498 9653
0201

RES

10708
EH NNKA                    SWF
NY-US

RT 415    8      B
          20:00
FZ 417          9653
                09.14

# TIFFANY & CO.

WHITE PLAINS
(914) 686-5100

Sales Professional: K. Drab

ORDER # 109299854
STORE: 0019      REG: 998      TRAN: 9854
07/31/2021      RSP: 27026      TAKE

Bag Charges
   536-11-0005351T                    0.05
18KPT RDRU 1.41TW W/2RDDI
   151-92-63220213                23900.00
          Item Tax   8.375%       2001.63
   VU ( )
VALUATION NAME & ADDRESS:
Patrick Pryce
1234 Midland Avenue
Apt 5G
Bronxville, NY 10708-6405
US

PURCHASER NAME & ADDRESS:
Patrick Pryce
1234 Midland Avenue
Apt 5G
Bronxville, NY 10708-6405
US
9147863642

RECIPIENT NAME & ADDRESS:
Patrick Pryce
1234 Midland Avenue
Apt 5G
Bronxville, NY 10708-6405
US

          Subtotal             23900.05
10601  8.375%  331193170   2001.63
          Total            $25901.68
          DEPOSIT             6475.41
DOC # 00019010907060S   ISS DATE 07/31/2021
          CASH                   0.01
          TSF ACCOUNT        19426.26
ACCT # XXXXXXXXXXXXX3544   CRD CODE 603
First Installment Due: 09/21,
25% DOWN PAYMENT, 1/12, Interest Free



SEE YOUR RETAIL INSTALLMENT CREDIT
AGREEMENT, WHICH GOVERNS THIS
TRANSACTION, FOR ADDITIONAL TERMS
REGARDING PAYMENT OF THE ABOVE AMOUNT
AND THE COST OF CREDIT
0000037279869

## ORDER CONFIRMATION
## SALES AUDIT COPY
### TIFFANY & CO.

07/31/2021 3:05PM   109299854
REVERSE SIDE OF RECEIPT STATES THE TERMS
          AND CONDITIONS OF SALE

X
Customer Signature
     Customer shall be responsible for
     compliance with applicable laws and
     regulations regarding payment of
       all sales taxes, duties and other
     taxes and the declaration of goods
       in their state or country of
       residence. Your state may require
       you to report and remit use taxes
         associated with this purchase,
         unless specifically exempt from
     taxation. Failure to do so may subject
     the customer to civil and/or criminal
     liability and may affect the ability
       of Tiffany & Co. to provide
           aftersales service

# TIFFANY & CO.

PATRICK PRYCE-LATTY

662

Application Date: 7/30

| | | |
|---|---|---|
| **Primary App** | **General Information** | **Applicant CIP Information** |

**Sales Information**

**Primary App** — General Information — Applicant CIP Information

**Cash Flow**

**20000006906309**
app id

PATRICK    PRYCE-LATTY    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
name    mi    last    suffix    SSN

**19-WP - The Westchester**
store number/name

**Bureau**

7/30/2021    **Approvals**
date received    work queue

309 RUGER LN
physical address line 1    physical address line 2    DOB

sales professional id
**6010440407893544**
fdr account number

**Approval Stips**

R / A    7/30/2021
decision    decision date

TOBYHANNA    PA    18466    30
city    state/province    zip    age

**151    25901**
department code    purchase price
paper application

**Funding Stips**

**Funding**

**Fraud**

| Approve ▾ | | | **Save** | **Submit** | **Close** |
|---|---|---|---|---|---|
| decision | decline reason(s) | withdraw reason | | | |

**Decision History**

**App History**

**Primary Applicant**

**Comments**

MR ▾    PATRICK    PRYCE-LATTY
title    first    mi    last

**Physical Address**

----    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    09/02/1990
suffix    ssn/sin    dob

309 RUGER LN
address line 1

----    ▾
driver license number    state    exp date

address line 2

TOBYHANNA    PA  ▾    18466
city    state/province    zip

**Employment Information**

-- Select -- ▾    02    05    USA
housing    yy at residence    mm at residence    country

JPMORGAN CHASE CO
employer name    employer phone

402 HALSTEAD AVE
address line 1

**Billing Address    Same as Physical**

address line 1

address line 2

HARRISON    NY    10528
city    state/province    zip

address line 2

city    state/province    zip

▾
employment status    position

03    02    PRIVATE CLIENT
yy at employer    mm at employer

**Previous Address    Foreign Address**

03    02    107000
yy at employer    mm at employer    annual income

480 HALSTEAD AVE APT 5N
address line 1

annual other income    other income source

address line 2

**Student Information**

HARRISON    NY  ▾    10528
city    state/province    zip

university name    area of study

**Contact Information**

**Authorized User (US ONLY)**

914-786-3642    Yes    ▾
primary phone    primary phone sms (Y/N)

---- ▾
title    first    mi    last

alternate phone    alternate phone sms (Y/N)

**Miscellaneous Information**

email

I AM LOOKING TO COMPLETE THIS CONSUMER CREDIT TRANSACTION
WITH NO DOWN PAYMENT OF CASH. I HAVE SUBMITTED PAYMENT ONLY
TO SHIP THE RING FROM ANOTHER STORE IN CALI TO NY.

**13. CHANGE OF ADDRESS AND GOVERNING LAW**

This Agreement is governed by the law of your state of residence when this Account was opened. You agree to notify us promptly in writing if you move. Until we receive written notice of your new address, we will continue to send monthly statements and other notices to the address you gave on the Application for this Account. Once we receive written notice that you have moved to another state, the terms of this Agreement that are applicable to your new state of residence will apply to the entire balance in your Account.

**Notice to Maryland Residents:** This Account is governed by Subtitle 9, Title 12 of the Maryland Commercial Law Article.

**Notice to Texas Residents:** The Interest Charge rate shown above is authorized under the Market Competitive Rate ceiling in effect under Tex. Rev. Civil. Stat. Article 50966.03. To contact Tiffany & Co. about this account, call us toll free at 1-800-827-1396. This contract is subject in whole or in part to Texas law which is enforced by the Consumer Credit Commissioner, 2601 North Lamar Boulevard, Austin, TX 78705-4207. Phone (512) 4791285 or 1-800-538-1579. Contact the Commissioner relative to any inquiries or complaints.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**Notice:** See reverse side for important information regarding your rights to dispute billing errors.

**BY SIGNING THE ACCOMPANYING ACCOUNT REQUEST FORM, YOU ACKNOWLEDGE RECEIPT OF A COPY OF THIS RETAIL INSTALLMENT CREDIT AGREEMENT.**

**TIFFANY & CO. U.S. SALES LLC**
**Fifth Avenue and 57th Street New York,**
**NY 10022**

By:

Henry Iglesias
Treasurer

## DISCLOSURE REQUIRED BY FEDERAL LAW.
## YOUR BILLING RIGHTS. KEEP THIS NOTICE FOR FUTURE USE.

***Your Billing Rights: Keep This Document for Future Use***

This notice tells you about your rights and our responsibilities under the Fair Credit billing Act.

*What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at:

Tiffany & Co
15 Sylvan Way
Parsippany, NJ 07054-9693

In your letter, give us the following information:

- *Account information*: Your name and account number.
- *Dollar amount*: The dollar amount of the suspected error.
- *Description of Problem*: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

*Your Rights If You Are Dissatisfied With Your Credit Card Purchases*

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. **(Note:** Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.

3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:

Tiffany & Co
15 Sylvan Way
Parsippany, NJ 07054-9693

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

| Maine, South Carolina, North Carolina, Michigan, Hawaii, Florida, Illinois, Connecticut, Delaware, District of Columbia, Nebraska, Massachusetts, Minnesota, Pennsylvania, New Hampshire, New Mexico, North Dakota, South Dakota, West Virginia, Rhode Island, Washington, Wyoming, Puerto Rico, Guam | No returned check fee. |
|---|---|

## 6. DEFAULT/COLLECTION COSTS

If you fail to pay any minimum monthly payment when due, if you declare bankruptcy, or if you die, it will be a default, and subject to any right you may have under state law to receive notice of and to cure such default, we may declare the entire unpaid balance in the Account due and payable. If the Account is referred to an attorney who is not our salaried employee and we prevail in a suit against you to collect the amount you owe, in addition to the full amount owed and any court costs, you agree to pay our reasonable attorneys' fees. No attorneys' fees will be imposed in any state, or in any amount, where not permitted by law. We will pay your reasonable attorneys' fees if you prevail in a suit we bring against you under this Agreement. **As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.**

## 7. CANCELING OR LIMITING YOUR CREDIT

Unless otherwise provided by applicable law, we have the right at any time to limit or terminate the use of your Account without giving you notice in advance. All credit cards we issue remain our property and, if requested, you agree to return any credit card issued to you. You agree to notify us promptly (call us toll free at Tel. No. 18008271396) if any credit card we issue to you is lost or stolen.

## 8. CHANGE IN THIS AGREEMENT

We may change any term of this Agreement, including the rate of Interest Charge, by furnishing you notice of the change to the extent required by applicable law. If permitted by applicable law, any new terms may, at our option, be applied to any balance existing in the Account at the time of the change, as well as to any subsequent transactions.

## 9. CREDIT INVESTIGATION

You authorize us to investigate your credit history by obtaining consumer reports and by making direct inquiries of businesses where you have accounts and where you work. We may request a consumer report from consumer reporting agencies in considering your application for this Account and later in connection with an update, renewal, or extension of credit. Upon your request we will tell you whether or not a consumer report was requested and the name and address of any consumer reporting agency that furnished the report. You also authorize us to report your performance under this Agreement to credit bureaus and others who may properly receive such information.

## 10. DISPUTED AMOUNTS

All written communications concerning disputed amounts, including any check or other payment instrument in an amount less than the full amount due that you send to us marked "paid in full" you tender with other conditions or limitations, or you otherwise tender as full satisfaction of a disputed amount, must be sent to us at the address for billing inquiries shown on the billing statement. For important information regarding your right to dispute billing errors under Federal Law, see the "Your Billing Rights Notice" that accompanies your copy of this Agreement.

## 11. MARKETING INFORMATION

To the extent permitted by applicable law, you give us and any holder of this Agreement permission to furnish information about you (usually only your name, address and other identifying data) to other persons who may use that information to solicit you for products or services. You can request that we discontinue furnishing this information by calling us toll free at 1-800-827-1396 or by writing us at Tiffany & Co., P.O. Box 6150, Parsippany, New Jersey 07054-9693.

## 12. DISPUTE RESOLUTION

The exclusive means of resolving any controversy or claim arising out of or relating to this Agreement or any related purchase contract, or the breach, termination or invalidity of any of the foregoing shall be in the applicable state and federal courts. The parties hereby waive the right to punitive or exemplary damages but shall have the right to reasonable attorneys' fees and other court related costs awardable to the prevailing party.

**State Specific Interest Rates and Interest Charges**

| ANNUAL PERCENTAGE RATE (APR) for Purchases | If you live in: | The APR is: |
|---|---|---|
| | California | **10%** (1) |
| | Arkansas | **17%** (2) |
| | Connecticut, Washington, Michigan | **12%** (3) |
| | Hawaii, North Carolina, Massachusetts, South Carolina, Minnesota, Louisiana | **18%** (4) |
| | Florida | **15%** (5) |
| | Nebraska, Guam | **18%** (4) on balances of $500 or more; **21%** (6) on all other balances |
| | Alabama | **18%** (4) on balances between $750 and $2,000; **21%** (6) on all other balances. |
| | West Virginia | **18%** (4) on balances of $750 or less; **12%** (3) on balances greater than $750. |
| | Kentucky | **8%** (7) on balances of $15,000 and under; **21%** (6) on balances above $15,000. |
| | All other states, Puerto Rico and the District of Columbia | **21%** (6) |
| **Grace Period for repayment of balances** | 30 days on average | |
| **Method of computing the balance** | Average daily balance (excluding current transactions) | |
| **Annual Fee** | None | |
| **Minimum finance charge** | If you live in: | The minimum finance charge is: |
| | Hawaii, Arkansas, District of Columbia, Maryland, Nebraska, Michigan, North Carolina, South Carolina, Arizona, and Guam | None |
| | All other states | $0.50 |

(1) Monthly Periodic Rate of 0.833%
(2) Monthly Periodic Rate of 1.4166%
(3) Monthly Periodic Rate of 1.000%
(4) Monthly Periodic Rate of 1.500%
(5) Monthly Periodic Rate of 1.250%
(6) Monthly Periodic Rate of 1.750%
(7) Monthly Periodic Rate of 0.666%

# RETAIL INSTALLMENT CREDIT AGREEMENT

*natural person or organization*

In this Agreement, the words "you" and "your" refer to any person who signs this Agreement, has requested and is issued a Tiffany & Co. credit card, or is authorized to use this Tiffany & Co. credit card account ("Account"); "we", "us", "our", and "Tiffany & Co." refer to Tiffany & Company U.S. Sales LLC, a Delaware limited liability company, with an address at Fifth Avenue and 57th Street, New York, NY 10022, and any person or entity to whom this Account may be assigned.

## 1. PROMISE TO PAY/WHEN AGREEMENT IS EFFECTIVE

When you sign the Application for this Account, you will be agreeing to everything written here. Therefore, before you sign the Application, you should read this entire Agreement, which includes the cost-of-credit disclosures required by Federal Law. The information you provide on the Application that identifies you is incorporated in this Agreement by reference. This Agreement will not be effective until we approve your Application, and then after that, only if you or someone authorized by you signs a sales slip or otherwise charges a purchase to this Account.

## 2. COST OF CREDIT

(a)  As required by applicable law, the following chart sets forth some of the terms of the Account:

| | |
|---|---|
| **Annual Percentage Rates (APR) for Purchases** | **8% - 21%**<br>The APR varies by state; please see the "State Specific Interest Rates and Interest Charges" table below in this account agreement. |
| **How to Avoid Paying Interest on Purchases** | Your due date is at least **25** days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your entire balance by the due date each month |
| **Minimum Interest Charge** | If you are charged interest, the charge will be no less than $0.50. |
| **For Credit Card Tips from the Consumer Financial Protection Bureau** | To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at<br><br>http://www.consumerfinance.gov/learnmore |

| Fees | |
|---|---|
| **Annual Fee** | None |
| **Penalty Fees**<br>• Late Payment | **$0.00 to $10.00**. This fee will vary by state; please see Paragraph 5 below in this account agreement. |
| • Returned Payment | **$0.00 to $25.00**. This fee will vary by state; please see Paragraph 5 below in this account agreement. |

EXHIBIT (6)

1 of 5

PLEASE VISIT
WWW.TIFFANY.COM/PRODUCTCARE

# TIFFANY & CO.

WHITE PLAINS
(914) 686-5100

Sales Professional:T.Miller

STORE: 0019    REG: 050      TRAN: 8858/4
07/07/2021    RSP: 16952     DEPOSIT/1

DEPOSIT ISSUE                          1500.00
Reason: Sales Order
              Total            $1500.00
              VISA              1500.00
ACCT # /I /T   7659523599433552
                AUTH:  634865
NAME: PRYCE LATTY/PATRICK
Mode:  Issuer
MID:  67229000195
TID:  08424655
AID:  a0000000980840
TVR:  8080088000
IAD:  06021203603000
TSI:  6800
ARC:  00



0000037279869

## DEPOSIT#
000190005008858

PURCHASER NAME & ADDRESS:
SALUTATION PATRICK PRYCE
1234 MIDLAND AVE
BRONXVILLE, NEW YORK 10708
UNITED STATES
(914)786-3642
Transaction Comments
SKU: 63220213

## SALES AUDIT COPY
TIFFANY & CO.

07/07/2021 06:08PM
Customer shall be responsible for
compliance with applicable laws and
regulations regarding payment of
all sales taxes, duties and other
taxes and the declaration of goods
in their state or country of
residence. Your state may require
you to report and remit use taxes
associated with this purchase,
unless specifically exempt from
taxation. Failure to do so may subject
the customer to civil and/or criminal
liability and may affect the ability
of Tiffany & Co. to provide
after-sales service.
TO VIEW CARE INSTRUCTIONS
PLEASE VISIT

EXHIBIT (G)

2 of 5



Dept 151

Total w/ Tax

25901.62

25% down  $6,475.41

$7,619

664-0-0789

EXHIBIT G
4 of 5

Cash down for
deposit
appt b/w 2:30 - 3:00
see terms on note



EXHIBIT J

# TIFFANY & CO.

WHITE PLAINS
(914) 686-5100

Sales Professional: K. Drab
ORDER #: 109299854
STORE: 0019     REG: 998        TRAN: 9854
07/31/2021     RSP: 27026    TAKE

Bag Charges
  535-11-00053511                        0.05
  18KPT RDRU 1.41TW W/2RDDI
  151-92-63220213                    23900.00
  VD ( )
           Subtotal                   23900.05
  10601   8.3765%  331193170          2001.63
           **Total              $25901.68**
           DEPOSIT                     6475.41
DOC # 0001901090070605  ISS DATE 07/31/2021
           CASH                           0.01
           TSF ACCOUNT               19426.26
ACCT #  XXXXXXXXXXX3544  CRD CODE 603
First Installment Due: 09/21,
26% DOWN PAYMENT, 1/12, Interest Free

0000037279869

### ORDER CONFIRMATION
### CUSTOMER COPY
TIFFANY & CO.

07/31/2021 3:05PM    109299854

Customer shall be responsible for
compliance with applicable laws and
regulations regarding payment of
all sales taxes, duties and other
taxes and the declaration of goods
in their state or country of
residence. Your state may require
you to report and remit use taxes
associated with this purchase,
unless specifically exempt from
taxation. Failure to do so may subject
the customer to civil and/or criminal
liability and may affect the ability
of Tiffany & Co. to provide
after-sales service.

*[Handwritten annotations:]*

On a Credit? In a consumer credit transaction?

On a Credit Card?

Submitted as cash toward down payment.

Said to be owed but shows in a positive balance?

Consumer

Is the only cardholder I presented.

Insured by 15 USC 1602 (h+i)

The terms and conditions applicable to this sale are set forth below.
If a credit or charge card has been used to make this purchase,
the terms and conditions in the agreement between the cardholder
and the issuer of that credit card shall also apply.

Merchandise will be accepted by Tiffany & Co. in the US. for refund
or credit (excluding any shipping charges) or for exchange only if
returned in saleable condition within 30 days of receipt. Refunds will
be provided only for purchases by cash or check or charge card
purchases over $500 will be refunded by mail check. Gift recipients
are entitled to an exchange or non-refundable merchandise credit only.
by check, only if the funds have been received by Tiffany & Co. Cash
purchase was made. Refunds will be issued by company check only
upon presentation of the sales receipt, and, in the case of purchases
purchases will receive a credit to the cardholder's account on which
the purchase was made. Refunds will be issued by company check only
be provided only for purchases by cash or check credit or charge card
returned in saleable condition within 30 days of receipt. Refunds will
or credit (excluding any shipping charges) or for exchange only if
Merchandise will be accepted by Tiffany & Co. in the US. for refund
and the issuer of that credit card shall also apply.
the terms and conditions in the agreement between the cardholder
If a credit or charge card has been used to make this purchase,
The terms and conditions applicable to this sale are set forth below.

**TERMS OF SALE**

visit https://www.tiffany.com/productcare

For information on how to care for your Tiffany & Co. selection,
or email CustomerService@Tiffany.com.
call 1800 843 3269. For all other inquiries, please call 1800 843 3269
For questions about the receipt or your account,

such merchandise.
may present Tiffany & Co. from providing after-sales service on
pay appropriate taxes and duties in any jurisdiction outside of the US.
Customer's failure to properly declare the merchandise and/or
are entitled to an exchange or non-refundable merchandise credit only.
purchases over $500 will be refunded by mail check. Gift recipients
by check, only if the funds have been received by Tiffany & Co. Cash
upon presentation of the sales receipt, and, in the case of purchases
purchases will receive a credit to the cardholder's account on which
the purchase was made. Refunds will be issued by company check only
be provided only for purchases by cash or check credit or charge card
returned in saleable condition within 30 days of receipt. Refunds will
or credit (excluding any shipping charges) or for exchange only if
Merchandise will be accepted by Tiffany & Co. in the US. for refund
and the issuer of that credit card shall also apply.
the terms and conditions in the agreement between the cardholder
If a credit or charge card has been used to make this purchase,
The terms and conditions applicable to this sale are set forth below.

**TERMS OF SALE**

visit https://www.tiffany.com/productcare
For information on how to care for your Tiffany & Co. selection,
or email CustomerService@Tiffany.com.
call 1800 843 3269. For all other inquiries, please call 1800 843 3269